IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERA DOMINIAK | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| PETSMART, INC. | : | |
| d/b/a PETSMART | : | |
| | : | |
| *Defendant.* | : | NO. 23-4 |

## ORDER

AND NOW, this 20th day of December, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17), Plaintiff's Response in Opposition (ECF No. 19), and Defendant's Reply (ECF No. 20), it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

_____