IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERA DOMINIAK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PETSMART, INC. | : | NO. 23-4 |
| *doing business as* | : | |
| PETSMART | : | |

O R D E R

AND NOW**,** this 12th day of June, 2024, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

**GEORGE WYLESOL,** Clerk of Court


By: /s/ Mia Harvey
     Mia Harvey
     Courtroom Deputy to Judge Mia R. Perez